# Proceeding Minutes / Proceeding Memo

**Case #:** 24-50997   **Case Name:** Andria Dawn McCloud

**Set:** 04/15/2025 01:30 pm   **Chapter:** 13   **Type:** bk   **Judge:** Katharine M. Samson

**matter** Motion and Notice to Modify Chapter 13 Plan with Certificate of Service Date of Service: 2/3/2025 Filed by Debtor Andria Dawn McCloud Objections due 03/5/2025. Note: See Fed. R. Bankr. P. 9006(f). Three additional days may be allowed for qualifying parties. (Attachments: # 1 Proposed Order)  (Dkt. #31)

Response filed by the Trustee (Dkt. #32)

---

Minute Entry Re: (related document(s): [31] Motion and 30 Day Notice to Modify Plan filed by Andria Dawn McCloud) Rollins to submit an Agreed Order due by 04/29/2025. Email received from Duncan. (mcc)