

**SO ORDERED,**

*Katharine M. Samson*

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: April 22, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:   Andria Dawn McCloud, Debtor                           Case No. 24-50997-KMS
                                                                                                    CHAPTER 13

## AGREED ORDER MODIFYING CHAPTER 13 PLAN

THIS CAUSE is before the Court on the Debtor's Motion to Modify Plan (DK #31) and the Trustee's Response (Dk #32). The Court has been informed that the Trustee and Debtor have reached an agreement.

IT IS HEREBY ORDERED AND ADJUDGED THAT the Debtor's Motion to Modify Plan is granted.  Debtor shall surrender the Property located at 907 North 31st Avenue, Hattiesburg, Forrest County, Mississippi 39401, to the Creditor, US Department of Agriculture. Trustee should cease ongoing payments to Creditor for the Property. Except for the USDA mortgage, the secured and unsecured claims have been paid in full, and the case shall be closed and discharged. This Order binds those creditors and parties in interest that have been properly served.

##END OF ORDER##

PREPARED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
Jennifer Ann Curry Calvillo (MS Bar No. 104367)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601-500-5533
ATTORNEY FOR DEBTOR

Agreed:
/s/Samuel J. Duncan,
Atty for Trustee