## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**   **Andria Dawn McCloud, Debtor**              **Case No. 24-50997-KMS**
                                                            **Chapter 13**

## DEBTOR'S CERTIFICATION AND MOTION FOR ENTRY OF CHAPTER 13 DISCHARGE PURSUANT TO 11 U.S.C. §1328 (a) and (h)

**This motion seeks an order discharging the debtor(s) pursuant to § 1328(a) of the bankruptcy code. If you oppose this motion, you must file a response with the court within twenty-one (21) days from the date listed below in the certificate of service. Your response must set forth the specific factual allegations with which you disagree, and a copy of your response must be served on the debtor(s) and debtor's(s') attorney. If no timely response is filed, the court may grant this motion without holding a hearing. A timely response is necessary for a hearing to be held.**

1. By signing below, the debtor certifies under penalty of perjury that the following statements are true and correct:

   A. For cases filed on or after March 10, 2008, I have completed a personal financial management instructional course provided through an agency approved by the United States Trustee and have filed the certificate of completion provided by the course provider (in a joint case, both husband and wife must each complete the course and file a certificate of completion) or the approved personal financial management course provider has notified the court that I have completed a post-petition instructional course concerning personal financial management. **11 U.S.C. § 1328(g)**

   B. All pre-petition amounts owed by me on domestic support obligation ("Domestic Support Obligation" as defined at 11 U.S.C §101(14A)), if any, have been paid to the extent provided by the plan. All post-petition amounts owed by me on a domestic support obligation, if any, have been paid. **11 U.S.C §1328(a)**

   C. I have not received a discharge under chapter 7, 11 or 12 of the Bankruptcy Code in a prior case filed during the four-year period preceding the date that the petition was filed in this case. **11 U.S.C. §1328(f)(1)**

   D. I have not received a discharge under chapter 13 of the Bankruptcy Code in a prior case filed during the two-year period before the date that the petition was filed in this case. **11 U.S.C. §1328(f)(2)**

   E. I have not been convicted of a felony, the circumstances of which would demonstrate that the filing of this bankruptcy case constituted an abuse of the provisions of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(A)**

   F. If I owe a debt arising from: (i) any violation of any State or Federal securities laws, regulations or orders, (ii) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security, (iii) a civil remedy under 1964 of Title 18 of the United States Code, or (iv) that caused serious injury or death to another individual in the preceding five (5) years, in the preceding five (5) years, then I have not claimed an exemption for my/our residence in an amount in excess of the statutory cap as

prohibited by §522(q)(1) of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(B)**

G.  No proceeding is pending in which I may be found guilty of a felony of the kind described in §522(q)(1)(A) or in which I may be found liable for a debt of the kind described in §522(q)(1)(B). **11 U.S.C. §1328(h)(2)**

H.  I have made all payments required by my confirmed Chapter 13 plan.

2.  Debtor hereby moves the court for the entry of a discharge order in this case.


Signed:  **/s/ Andria Dawn McCloud**                                    **05-15-2025**
            Andria Dawn McCloud                                             Date


            **/s/ Thomas C. Rollins, Jr.**                                 **05-16-2025**
            Thomas C. Rollins, Jr., MS Bar No. 103469            Date
            Attorney for the Debtor
            The Rollins Law Firm, PLLC
            P.O. Box 13767
            Jackson, MS 39236
            601.500.5533

3.  Mailing address for filing responses:

Jackson Office:                              Gulfport Divisional Office:
Danny L. Miller, Clerk                       Danny L. Miller, Clerk
United States Bankruptcy Court               United States Bankruptcy Court
Thad Cochran US Courthouse                   Dan M. Russell, Jr. U.S. Courthouse
501 E Court St, Ste 2.300                    2012 15th St, Suite 244
Jackson, MS 39201                            Gulfport, MS 39501


### CERTIFICATE OF SERVICE

On May 16, 2025, a copy of this pleading was served on each of the persons listed on the attached service list either by prepaid United States mail or via electronic service through the Court's EM/ECF system at the mailing addresses and/or email addresses indicated.

            **/s/ Thomas C. Rollins, Jr.**
            Thomas C. Rollins, Jr.

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

ANDRIA DAWN MCCLOUD

CASE NO: 24-50997-KMS

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13

On 5/16/2025, I did cause a copy of the following documents, described below,

Notice and Motion for Entry of Chapter 13 Discharge

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 5/16/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.
Attorney at Law
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401
601 500 5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

ANDRIA DAWN MCCLOUD

CASE NO: 24-50997-KMS

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13

On 5/16/2025, a copy of the following documents, described below,

Notice and Motion for Entry of Chapter 13 Discharge

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/16/2025

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

```
CASE INFO                                                                EXCLUDE

  LABEL MATRIX FOR LOCAL NOTICING    UNITED STATES DEPARTMENT OF AGRICULTURE   US BANKRUPTCY COURT
NCRS ADDRESS DOWNLOAD                CUSTOMER SERVICE CENTER                   DAN M RUSSELL  JR US COURTHOUSE
CASE 24-50997-KMS                    PO BOX 66879                              2012 15TH STREET  SUITE 244
SOUTHERN DISTRICT OF MISSISSIPPI     ST LOUIS  MO 63166-6879                   GULFPORT  MS 39501-2036
FRI MAY 16 9-33-8 PST 2025


CENTURYFIRST FCU                     (P)CENTURYFIRST FEDERAL CREDIT UNION      COMCAST
3318 HARDY ST                        3318 HARDY STREET                         220 LAKERIDGE DRIVE SE
HATTIESBURG  MS 39401-6962           HATTIESBURG MS 39401-6962                 SMYRNA  GA 30082-5244


MAGNOLIA ORTHODONTICS                NAVIENT                                   RUBIN LUBIN
4348 LINCOLN RD                      ATTN CLAIMS DEPT                          3145 AVALON RDG PLACE
HATTIESBURG  MS 39402-3256           PO BOX 9500                              STE 100
                                     WILKES BARRE  PA 18773-9500              NORCROSS  GA 30071-1570


US ATTORNEY GENERAL                  USDA RURAL DEVELOPMENT                     USDA RURAL DEVELOPMENT
US DEPT OF JUSTICE                    PO BOX 66827                              CO US ATTORNEY
950 PENNSYLVANIA AVENW                SAINT LOUIS  MO 63166-6827                501 E COURT ST
WASHINGTON  DC 20530-0001                                                      STE 4401
                                                                               JACKSON  MS 39201-5022


EXCLUDE                                                                        DEBTOR

UNITED STATES TRUSTEE                UNITED STATES OF AMERICA  UNITED STATES    ANDRIA DAWN MCCLOUD
501 EAST COURT STREET               DEPARTMENT OF AGRICULTURE  RURAL           907 N 31ST AVE
SUITE 6 430                         HOUSING                                    HATTIESBURG  MS 39401-4628
JACKSON  MS 39201-5022              CUSTOMER SERVICE CENTER
                                    PO BOX 66879
                                    ST LOUIS  MO 63166-6879


EXCLUDE                              EXCLUDE

(P)DAVID RAWLINGS                   THOMAS CARL ROLLINS JR
ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE  THE ROLLINS LAW FIRM  PLLC
PO BOX 566                          PO BOX 13767
HATTIESBURG MS 39403-0566           JACKSON  MS 39236-3767
```