

# INVOICE

Invoice # 7974
Date: 06/04/2025
Due On: 07/04/2025

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Andria Dawn McCloud

## 05475-McCloud Andria Dawn

### Services

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | JC | 12/23/2024 | Drafted 2nd Invoice for services rendered. | 0.10 | $0.00 | $0.00 |
| Service | JC | 12/23/2024 | Reviewed current invoice and completed Lodestar Analysis; drafted Exhibit B. | 0.10 | $0.00 | $0.00 |
| Service | JC | 12/23/2024 | Reviewed trustee's site to determine amount of attorney's fees paid to date; drafted 2nd Application for Compensation utilizing Lodestar Analysis and billing activities; drafted Notice, Affidavit, and proposed Order. | 0.40 | $0.00 | $0.00 |
| Service | JC | 12/23/2024 | Drafted memo to TR attaching Application for Compensation, Exhibits A, B, and C, proposed Order, and Lodestar Analysis for his review. | 0.10 | $0.00 | $0.00 |
| Service | JC | 12/23/2024 | Drafted e-mail memo to VM attaching Affidavit for her to obtain TR's signature and notarize. | 0.10 | $0.00 | $0.00 |
| Service | TR | 12/23/2024 | Review and approve fee app drafted by JC | 0.10 | $0.00 | $0.00 |
| Service | JC | 12/24/2024 | Prepared Application for Compensation, Exhibit A, Exhibit B, Exhibit C, and Proposed Order for filing with the Court. | 0.20 | $0.00 | $0.00 |
| Service | TR | 01/03/2025 | Review: 24-50997-KMS Order on Application for Compensation Document# 24 | 0.10 | $0.00 | $0.00 |

Invoice # 7974 - 06/04/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | JAC | 01/14/2025 | Review claims register and compare to the Plan to determine if additional claims are needed - USDA still not filed | 0.10 | $360.00 | $36.00 |
| Service | JC | 01/15/2025 | Researched other cases for USDA bankruptcy contact number; called WMcLain with USDA regarding filing POC - discussed debtor's informatin; he requested I send an e-mail; drafted e-mail to McClain (copied 4 other USDA case representatives that worked on another debtor's case) requesting a POC be filed. | 0.40 | $155.00 | $62.00 |
| Service | JC | 01/21/2025 | Drafted follow-up email to USDA regarding filing POC. | 0.10 | $155.00 | $15.50 |
| Service | JC | 01/21/2025 | Reviewed e-mail from W. McClain with USDA informing he will be working on the POC and once filed, he will e-mail me; drafted reply regarding same. | 0.10 | $155.00 | $15.50 |
| Service | JC | 01/22/2025 | Reviewed e-mail from USDA informing he filed the POC; reviewed docket to confirm. | 0.10 | $155.00 | $15.50 |
| Service | JAC | 01/24/2025 | Review: Proof of Claim 24-50997-KMS USDA Rural Housing Services, CSC Document # 3 | 0.20 | $360.00 | $72.00 |
| Service | JAC | 01/28/2025 | Review: 24-50997-KMS Motion to Allow Late, Amended, or Supplemental Claim Document# 27 | 0.10 | $360.00 | $36.00 |
| Service | TR | 01/29/2025 | Review file - call client to discuss USDA claim and discuss surrendering the property | 0.30 | $360.00 | $108.00 |
| Service | JC | 01/29/2025 | Reviewed US Dept of Agriculture's POC and Amended Motion to Allow Late Filed Claim; drafted Response to same; drafted e-mail memo to TR attaching Response for his review. | 0.30 | $155.00 | $46.50 |
| Service | JC | 01/29/2025 | Reviewed e-mail from TR approving Response; reviewed Order approving Amended Motion to Allow Claim; drafted chat memo to TR informing that the Order has just been entered on it; reviewed reply from TR informing not to file the Response. | 0.10 | $155.00 | $15.50 |
| Service | JAC | 01/29/2025 | Review: 24-50997-KMS Motion to Allow Late, Amended, or Supplemental Claim Document# 28 | 0.10 | $360.00 | $36.00 |

Invoice # 7974 - 06/04/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | JAC | 01/29/2025 | Review: 24-50997-KMS Order on Motion to Allow Late Filed/Amended or Supplemental Claim(s) Document# 29 | 0.10 | $0.00 | $0.00 |
| Service | JC | 01/30/2025 | Reviewed USDA POC; drafted Motion to Modify surrendering home and shortening plan term; drafted e-mail memo to TR attaching same for his review. | 0.80 | $155.00 | $124.00 |
| Service | JC | 02/03/2025 | Reviewed memo from TR regarding Motion to Modify; revised same. | 0.10 | $155.00 | $15.50 |
| Service | JC | 02/03/2025 | Converted Notice and Motion to Modify pdf and converted to format in preparation for upload to CertificateofService.com adding name and address for an additional notice party. | 0.20 | $0.00 | $0.00 |
| Service | JC | 02/04/2025 | Reviewed Declaration of Mailing Notice and Motion to Modify and prepared for filing with the Court along with proposed Order. | 0.10 | $155.00 | $15.50 |
| Service | JAC | 02/12/2025 | Review: 24-50997-KMS Response Document# 32 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 03/12/2025 | Review: 24-50997-KMS Hearing Set - Video Conference. Document# 33 | 0.10 | $360.00 | $36.00 |
| Service | KR | 03/20/2025 | Reviewed email memo from the case administrator at the Trustee's office requesting new employer information; drafted email memo to BB to contact the debtor; drafted email to the case administrator informing her we will contact the debtor and once we have an update we will let her know | 0.10 | $0.00 | $0.00 |
| Service | BB | 03/21/2025 | Contact Debtor (Text/Email): Reviewed email memo from Trustee's office stating they were informed this debtor is no longer employed with the employer on file. Drafted text to debtor inquiring an update on their employment status. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 03/21/2025 | Review: 24-50997-KMS Release of Wages Document# 35 | 0.10 | $0.00 | $0.00 |
| Service | BB | 03/24/2025 | Contact Debtor (Text/Email): Drafted text to debtor requesting an update due to debtor being non responsive to my last text. | 0.10 | $0.00 | $0.00 |

Invoice # 7974 - 06/04/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | BB | 03/25/2025 | Contact Debtor (Text/Email): Reviewed reply from debtor stating she is currently not working and is looking for new employment. Drafted email to JC informing her. | 0.10 | $0.00 | $0.00 |
| Service | BB | 03/26/2025 | Contact Debtor (Text/Email): Reviewed email from JC stating we will be unable to lower her plan payment but can offer to file a motion to suspend. Drafted email to debtor informing her of this and what the cons would be. | 0.10 | $100.00 | $10.00 |
| Service | BB | 03/28/2025 | Contact Debtor (Text/Email): Drafted email to Trustee's office informing them of the debtors unemployment. Drafted text to debtor requesting a reply to my previous email due to debtor being non responsive. | 0.10 | $100.00 | $10.00 |
| Service | BB | 04/01/2025 | Contact Debtor (Text/Email): Drafted text to debtor requesting an update on her decision as the debtor has been non responsive to text or email. | 0.10 | $0.00 | $0.00 |
| Service | JC | 04/02/2025 | Reviewed Motion to Modify; reviewed TT's Response; drafted e-mail to Sam, staff attorney, attaching same and inquiring about proposed AO. | 0.20 | $155.00 | $31.00 |
| Service | JC | 04/02/2025 | Telephone conference with BB regarding debtor's potential plan term being reduced. | 0.10 | $0.00 | $0.00 |
| Service | BB | 04/02/2025 | Contact Debtor (Text/Email): Reviewed email from debtor stating she would like to implement the motion to suspend and inquired if she is needed at the upcoming hearing. Phone conference with JC stating she does not need to be present and to inform the debtor we will update her once we hear from the Trustee. Drafted email informing the debtor. | 0.10 | $100.00 | $10.00 |
| Service | JC | 04/04/2025 | Reviewed e-mail from TT staff attorney regarding AO; drafted memo to TR regarding same. | 0.10 | $155.00 | $15.50 |
| Service | JC | 04/09/2025 | Reviewed memo from TR regarding hearing on Motion to Modify; drafted e-mail to trustee's staff attorney regarding same. | 0.10 | $155.00 | $15.50 |
| Service | JC | 04/10/2025 | Reviewed e-mail from staff attorney informing an AO should work; | 0.30 | $155.00 | $46.50 |

Invoice # 7974 - 06/04/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | reviewed Motion to Modify and TT's Response; drafted AO; drafted memo to TR attaching same for his review. | | | |
| Service | JC | 04/10/2025 | Reviewed memo from TR approving AO; drafted e-mail to Sam Duncan attaching same for his approval. | 0.10 | $0.00 | $0.00 |
| Service | BB | 04/10/2025 | Drafted email to JC inquiring after an update. | 0.10 | $0.00 | $0.00 |
| Service | JC | 04/14/2025 | Drafted follow-up e-mail to Sam regarding AO on Motion to Modify. | 0.10 | $155.00 | $15.50 |
| Service | JC | 04/14/2025 | Reviewed e-mail from Fonda informing she sent the AO to Sam Friday, but he was off that day, that today he is preparing for hearings tomorrow and hopefully he will review the AO soon; drafted reply informing the hearing is tomorrow so maybe he will take care of it. | 0.10 | $155.00 | $15.50 |
| Service | JAC | 04/15/2025 | Review: 24-50997-KMS Minute Entry (CHAP) Document# 37 | 0.10 | $360.00 | $36.00 |
| Service | JC | 04/18/2025 | Drafted follow-up e-mail to trustee's office regarding obtaining Sam's signature on AO. | 0.10 | $155.00 | $15.50 |
| Service | JC | 04/18/2025 | Reviewed AO executed by attorney for trustee; prepared same for upload to the Court. | 0.10 | $155.00 | $15.50 |
| Service | JAC | 04/23/2025 | Review: 24-50997-KMS Order on Motion to Modify Plan Document# 38 | 0.10 | $0.00 | $0.00 |
| Service | JAC | 05/14/2025 | Review: 24-50997-KMS Notice Ch 13 Plan Payments Completed Document# 40 | 0.10 | $360.00 | $36.00 |
| Service | JC | 05/15/2025 | Contact Debtor (Text/Email): Reviewed Trustee's Notice of Completion of Plan Payments; reviewed docket to confirm debtor education complete; drafted Motion for Discharge; drafted e-mail via Clio e-sign to obtain debtor's signature on same; drafted text message to debtor informing I sent an e-mail with a link to sign the Motion. | 0.20 | $155.00 | $31.00 |
| Service | JC | 05/16/2025 | Reviewed Motion for Discharge executed by debtor received via Clio e-sign; revised to add debtor's and TC's e-signatures to prepare for uploading to CertificateofService.com. | 0.10 | $0.00 | $0.00 |

Invoice # 7974 - 06/04/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | JC | 05/19/2025 | Reviewed Declaration of Mailing Notice and Motion for Discharge; prepared for filing with the Court. | 0.10 | $155.00 | $15.50 |
| Service | JC | 05/22/2025 | Reviewed memo from TR regarding final fee application; reviewed TT Rawlings' site to determine case administrator and amount paid in attorney's fees; drafted e-mail to Fonda inquiring if additional attorney's fees will be disbursed in this case. | 0.20 | $155.00 | $31.00 |
| Service | JC | 06/04/2025 | Reviewed Orders Granting 1st and 2nd Applications for Compensation and 1st and 2nd invoices; entered information into Lodestar Analysis spreadsheet and Exhibit B; reviewed trustee's site to determine amount of attorney's fees paid to date; reviewed activities in case; began drafting Final Application for Compensation, Notice, Affidavit, and proposed Order. | 0.70 | $155.00 | $108.50 |
| | | | | **Services Subtotal** | | **$1,154.00** |

**Expenses**

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 12/24/2024 | Mailing Expense (certificateofservice.com) | 1.00 | $4.19 | $4.19 |
| Expense | 02/03/2025 | Mailing Expense (certificateofservice.com) | 1.00 | $4.19 | $4.19 |
| Expense | 05/16/2025 | Mailing Expense (certificateofservice.com) | 1.00 | $11.78 | $11.78 |
| | | | | **Expenses Subtotal** | **$20.16** |

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Jennifer Curry Calvillo | Attorney | 0.9 | $360.00 | $324.00 |
| Jennifer Curry Calvillo | Attorney | 0.3 | $0.00 | $0.00 |
| Thomas Rollins | Attorney | 0.3 | $360.00 | $108.00 |
| Thomas Rollins | Attorney | 0.2 | $0.00 | $0.00 |
| Brooke Brueland | Non-Attorney | 0.4 | $100.00 | $40.00 |
| Brooke Brueland | Non-Attorney | 0.4 | $0.00 | $0.00 |
| Jacki Curry | Non-Attorney | 4.4 | $155.00 | $682.00 |
| Jacki Curry | Non-Attorney | 1.5 | $0.00 | $0.00 |

Invoice # 7974 - 06/04/2025

| Kerri Rodabough | Non-Attorney | 0.1 | $0.00 | $0.00 |
|---|---|---|---|---|
| | | | Subtotal | $1,174.16 |
| | | | Total | $1,174.16 |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 6794 | 09/13/2024 | $2,886.80 | $0.00 | $2,886.80 |
| 7374 | 01/21/2025 | $813.39 | $0.00 | $813.39 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 7974 | 07/04/2025 | $1,174.16 | $0.00 | $1,174.16 |
| | | | Outstanding Balance | $4,874.35 |
| | | | Total Amount Outstanding | $4,874.35 |