**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE: Andria Dawn McCloud                                    Case No. 24-50997-KMS
, Debtor                                                                     CHAPTER 13

### FINAL ACCOUNTING OF ATTORNEY'S FEES EXHIBIT B

| Attorney's Fees | Expenses | Total Fees/Expenses | Docket # | Date of Order |
|---|---|---|---|---|
| $2,498.00 | $388.80 | $2,886.80 | 18 | 09/10/24 |
| $798.00 | $15.39 | $813.39 | 24 | 12/31/24 |
| $1,154.00 | $20.16 | $1,174.16 | n/a | n/a |
|  |  |  |  |  |
|  |  |  |  |  |
| $4,450.00 | $424.35 | $4,874.35 |  |  |



# INVOICE

Invoice # 6794
Date: 08/14/2024
Due On: 09/13/2024

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Andria Dawn McCloud
907 N 31st Ave
Hattiesburg, MS 39401

### 05475-McCloud Andria Dawn

### Ch 13 hourly - Andria - *Foreclosure Sale 7/24* $2,000 in Trust

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
| --- | --- | --- | --- | --- | --- | --- |
| Service | KAR | 07/09/2024 | In-Office Conference: Document drop off appointment - meeting with debtor to collect documents and a payment for $2,000 | 0.10 | $100.00 | $10.00 |
| Service | KAR | 07/09/2024 | Review and organize documents provided by debtor: Reviewed and organized driver's license, social security card, GIP, bank, pay, tax, notice of foreclosure, and 401k retirement statement provided by debtor via drop off | 0.50 | $100.00 | $50.00 |
| Service | BM | 07/11/2024 | Reviewed drivers license and social security card to collect information to pull credit report | 0.10 | $100.00 | $10.00 |
| Service | BM | 07/11/2024 | Draft email to client to review credit report and provide us with a any debts not included in the report: Reviewed credit report and selected debts to import/exclude; drafted e-mail to debtors attaching credit report for review. | 0.10 | $100.00 | $10.00 |
| Service | BM | 07/11/2024 | Reviewed documents provided by debtor: Information packet, pay stubs, tax returns, foreclosure notice, bank statements. Provided list of documents we still need to legal assistant. | 0.30 | $100.00 | $30.00 |
| Service | KAR | 07/11/2024 | Review file to determine documents needed to file case - draft email to client requesting said documents: Reviewed file to determine what documents are needed | 0.10 | $100.00 | $10.00 |

Invoice # 6794 - 08/14/2024

|         |     |            |                                                                                                                                                                                                                                              |      |          |          |
|---------|-----|------------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|----------|----------|
|         |     |            | to file; drafted email to debtor requesting additional GIP information, bank and pay                                                                                                                                                         |      |          |          |
| Service | KAR | 07/11/2024 | Review and organize documents provided by debtor: Reviewed, merged, and organized additional GIP information, bank and pay provided by debtor via email                                                                                      | 0.20 | $100.00  | $20.00   |
| Service | BM  | 07/11/2024 | Review of all documents (information packet, pay stubs, tax returns, bank statements, drivers license, and social security card) to ensure we have all documents for attorney to prepare case. Sent file to attorney.                        | 0.30 | $100.00  | $30.00   |
| Service | JAC | 07/11/2024 | Review HD task that all docs are present & case is ready for input. Review matter for emergency contacts. Assign task lists for preparation of case                                                                                           | 0.20 | $360.00  | $72.00   |
| Service | KAR | 07/11/2024 | Contact Debtor (Text/Email): Drafted email to debtor informing her that the attorney has started inputting her case                                                                                                                          | 0.10 | $100.00  | $10.00   |
| Expense | JC  | 07/11/2024 | Credit Report: Credit Report                                                                                                                                                                                                                 | 1.00 | $45.00   | $45.00   |
| Service | JAC | 07/12/2024 | Input Case - prepare petition, research social security number on PACER, review and select debts to import from CR, add debts in GIP not on CR, research Lexis Public Records, prepare schedules, SOFA. Calculate income for MT, I. Calculate plan payment | 1.00 | $360.00  | $360.00  |
| Service | BM  | 07/12/2024 | Contact Debtor (Text/Email): Drafted and emailed Ch 13 Fee Agreement (this fee agreement is to supersede the prior generic bankruptcy fee agreement previously signed by the client)                                                         | 0.10 | $100.00  | $10.00   |
| Service | KAR | 07/12/2024 | Contact Debtor (Text/Email): Drafted email to debtor requesting information for 2 emergency contacts                                                                                                                                         | 0.10 | $100.00  | $10.00   |
| Expense | JC  | 07/12/2024 | Chapter 13 Filing Fee: Chapter 13 Filing Fee                                                                                                                                                                                                 | 1.00 | $313.00  | $313.00  |
| Expense | JC  | 07/12/2024 | Credit Counseling: Credit Counseling                                                                                                                                                                                                         | 1.00 | $20.00   | $20.00   |
| Service | JAC | 07/15/2024 | Review clio memo re: signing appointment scheduled                                                                                                                                                                                           | 0.10 | $360.00  | $36.00   |
| Service | JAC | 07/15/2024 | Prepare Signing Docs                                                                                                                                                                                                                         | 0.20 | $360.00  | $72.00   |
| Service | KAR | 07/15/2024 | Contact Debtor (Text/Email): Drafted email to debtor requesting that she provided her student loan data - will be reviewed for potential discharge                                                                                           | 0.10 | $100.00  | $10.00   |

| Service | TR | 07/15/2024 | Conference w/ client to review and revise petition, schedules, statements and plan | 0.60 | $360.00 | $216.00 |
|---|---|---|---|---|---|---|
| Service | JAC | 07/15/2024 | prepare final bk for ∆ to review & sign | 0.20 | $360.00 | $72.00 |
| Service | KAR | 07/15/2024 | Reviewed debtor's GIP for contacts; organized emergency contact information in related contacts | 0.10 | $100.00 | $10.00 |
| Service | KAR | 07/15/2024 | Review and organize documents provided by debtor: Reviewed and organized student loan information provided by debtor via email | 0.10 | $100.00 | $10.00 |
| Service | JAC | 07/16/2024 | review and respond to email from ∆ re: final bankruptcy questions | 0.20 | $360.00 | $72.00 |
| Service | JAC | 07/16/2024 | Review & respond to email from ∆ | 0.10 | $360.00 | $36.00 |
| Service | JAC | 07/16/2024 | review bank printout from debtor showing car & cc charged off. Forward both to TR to review | 0.20 | $360.00 | $72.00 |
| Service | JAC | 07/16/2024 | add amounts owed to century first on car and credit card. Recalculate plan payment, update J. Prepare & send corrections out for debtor to sign | 0.30 | $360.00 | $108.00 |
| Service | JAC | 07/16/2024 | review NSLDS | 0.20 | $360.00 | $72.00 |
| Service | TR | 07/17/2024 | Call w/ client to discuss car debt and updated plan that we will send for signature | 0.10 | $360.00 | $36.00 |
| Service | JAC | 07/17/2024 | Prepare the petition, schedules, forms to file with the court. Download, review, & import CCC to best case. File everything with Court. | 0.40 | $360.00 | $144.00 |
| Service | BB | 07/17/2024 | Contact Debtor (Text/Email): Drafted text to debtor informing them of their case number and advising them to continue sending in pay stubs and bank statements until told otherwise. | 0.10 | $100.00 | $10.00 |
| Service | JC | 07/17/2024 | Reviewed foreclosure notice and notice of filing; called Rubin Lublin - did not answer call; drafted e-mail and fax to Rubin Lublin attaching notice of filing and requesting all foreclosure proceedings be stopped; requested acknowledgment of receipt of e-mail. | 0.20 | $155.00 | $31.00 |
| Service | JC | 07/17/2024 | Reviewed e-mail from Rubin Lublin; drafted reply requesting notification once foreclosure has been stopped. | 0.10 | $155.00 | $15.50 |
| Service | KAR | 07/17/2024 | Contact Debtor (Text/Email): Reviewed email from the Rubin Lublin law firm stating | 0.10 | $100.00 | $10.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | that the debtor's foreclosure has been stopped; drafted email to debtor informing her that the foreclosure has been stopped | | | |
| Service | KAR | 07/18/2024 | Review email from debtor: Reviewed email from debtor inquiring on the name and mailing address for her trustee for her to make her payments; drafted email to debtor letting her know we did not have the name of her trustee yet and that her payments would not be due until August and that we would have information on her trustee well before the payment is due | 0.10 | $100.00 | $10.00 |
| Service | BB | 07/18/2024 | Contact Debtor (Text/Email): Reviewed plan to determine plan payment; drafted email to debtor informing them of their plan payment and information on what to do/ expect after filing.<br><br>Drafted email to debtor informing them of their case number and sending them a yellow page. | 0.10 | $100.00 | $10.00 |
| Service | BB | 07/18/2024 | Reviewed debtor's plan to determine if plan payments are by wage order or direct pay. Assigned instructions to legal assistant to explain direct payment responsibility to client.: Reviewed debtor's plan to determine if plan payments are by wage order or direct pay. Assigned task list. | 0.10 | $100.00 | $10.00 |
| Service | TR | 07/19/2024 | Review: 24-50997-KMS Meeting of Creditors Chapter 13 Document# 10 | 0.20 | $360.00 | $72.00 |
| Service | BB | 07/19/2024 | Contact Debtor (Text/Email): Drafted text message to debtor informing them of the date and time of their meeting of creditors. Inquired as to a date and time for us to conduct a test meeting. | 0.10 | $100.00 | $10.00 |
| Service | TR | 07/19/2024 | Review: 24-50997-KMS Order Upon Employer Directing Deductions from Pay Document# 11 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 07/22/2024 | Prepare notice of filing plan, review plan to determine creditors in 3.2/3.4, research registered agents for notice | 0.30 | $360.00 | $108.00 |
| Service | BB | 07/22/2024 | Contact Debtor (Text/Email): Drafted text to debtor inquiring after clarification on how they would like to attend their meeting of creditors. | 0.10 | $100.00 | $10.00 |
| Service | JC | 07/23/2024 | Reviewed Notice of Filing and Plan; combined Notice and Plan to one pdf and converted to format in preparation for | 0.10 | $155.00 | $15.50 |

| | | | upload to CertificateofService.com. | | | |
|---|---|---|---|---|---|---|
| Expense | BB | 07/23/2024 | Reimbursable expenses: Mailing Expense (certificateofservice.com) | 1.00 | $10.80 | $10.80 |
| Service | BB | 07/23/2024 | Contact Debtor (Text/Email): Reviewed text from debtor stating they would like to attend their meeting of creditors through zoom. Drafted reply text inquiring if they would like a practice zoom. | 0.10 | $100.00 | $10.00 |
| Service | JC | 07/24/2024 | Reviewed Declaration of Mailing Notice of Plan received from CertificateofService.com and prepared for filing with the Court. | 0.10 | $155.00 | $15.50 |
| Service | BB | 07/25/2024 | Contact Debtor (Text/Email): Reviewed and drafted several texts with debtor discovering she does not require a practice zoom and provided her with information on how to attend and what to expect. | 0.30 | $100.00 | $30.00 |
| Service | BB | 08/01/2024 | Review email from debtor: Reviewed email from debtor inquiring how to make an online plan payment. Drafted email to debtor with the information. | 0.10 | $100.00 | $10.00 |
| Service | BB | 08/02/2024 | Review email from debtor: Reviewed email from debtor with a child support document enclosed. Forwarded to jc. | 0.10 | $100.00 | $10.00 |
| Service | TR | 08/02/2024 | Review: 24-50997-KMS Personal Financial Management Course (Certificate) Document# 15 | 0.10 | $360.00 | $36.00 |
| Service | KAR | 08/05/2024 | Contact Debtor (Text/Email): Reviewed debtor's schedule B for required bank for TT documents; organized required TT bank, pay, and tax; drafted email to debtor requesting July bank and pay | 0.30 | $100.00 | $30.00 |
| Service | KAR | 08/06/2024 | Review and organize documents provided by debtor: Reviewed and organized additional required bank and pay for TT docs provided by debtor via email | 0.30 | $100.00 | $30.00 |
| Service | JC | 08/07/2024 | Reviewed Agreed Judgment re child support submitted by debtor; drafted memo to TR attaching same for his review. | 0.10 | $155.00 | $15.50 |
| Service | TR | 08/08/2024 | Review email memo from JC re: child support order | 0.10 | $360.00 | $36.00 |
| Service | JC | 08/09/2024 | Contact Debtor (Text/Email): Reviewed memo from TR requesting I inform the debtor to let us know if she starts receiving child support; drafted text message to debtor informing same. | 0.10 | $155.00 | $15.50 |

Invoice # 6794 - 08/14/2024

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | BB | 08/09/2024 | Contact Debtor (Text/Email): Drafted email to debtor inquiring if their wages have started garnishing for their payments. | 0.10 | $100.00 | $10.00 |
| Service | BB | 08/09/2024 | Review email from debtor: Reviewed email from debtor stating her employer informed her the wage order will begin in September. Requested debtor pay dates for the month of September so that I may check back. | 0.10 | $100.00 | $10.00 |
| Service | BB | 08/09/2024 | Review email from debtor: Reviewed email from debtor with the requested pay periods. | 0.10 | $100.00 | $10.00 |
| Service | JC | 08/12/2024 | Reviewed Schedule B for all bank accounts; reviewed documents compiled by KAR as requested by trustee for 341 MOC creditors including bank statements, tax returns, pay advice, and copy of driver's license and Social Security card; bank statements were very large and had to split into 6 different documents in order for portal to accept; submitted all documents via online portal to trustee. | 0.40 | $155.00 | $62.00 |
| Service | JC | 08/12/2024 | Drafted certificate of compliance re: payment advices sent to Trustee, and prepared for filing with the Court. | 0.10 | $155.00 | $15.50 |
| Service | TR | 08/13/2024 | Review and revise itemizations | 0.30 | $360.00 | $108.00 |
| Service | JC | 08/13/2024 | Drafted Invoice, Notice, First Application for Compensation, and proposed Order; drafted memo to TR with same attached for his review and approval. | 0.40 | $155.00 | $62.00 |
| Service | TR | 08/13/2024 | Review and revise fee app drafted by JC | 0.10 | $360.00 | $36.00 |

| | Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|---|
| | Jennifer Curry Calvillo | Attorney | 3.4 | $360.00 | $1,224.00 |
| | Thomas Rollins | Attorney | 1.6 | $360.00 | $576.00 |
| | Brooke Brueland | Non-Attorney | 1.4 | $100.00 | $140.00 |
| | Jacki Curry | Non-Attorney | 1.6 | $155.00 | $248.00 |
| | Breanne McDaniel | Non-Attorney | 0.9 | $100.00 | $90.00 |
| | Kirsten Raimey | Non-Attorney | 2.2 | $100.00 | $220.00 |
| | | | | Total | $2,886.80 |

Invoice # 6794 - 08/14/2024

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 6794 | 09/13/2024 | $2,886.80 | $0.00 | $2,886.80 |
| | | | **Outstanding Balance** | **$2,886.80** |
| | | | **Total Amount Outstanding** | **$2,886.80** |

Please make all amounts payable to: The Rollins Law Firm, PLLC

Please pay within 30 days.



# INVOICE

Invoice # 7374
Date: 12/22/2024
Due On: 01/21/2025

## The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Andria Dawn McCloud

### 05475-McCloud Andria Dawn

**Services**

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | JC | 08/14/2024 | Reviewed memo from TR regarding Notice with Application, Invoice, and proposed Order; reviewed tasks to find dates for expenses missing from invoice; revised invoice adding new expenses; revised Notice and Motion; | 0.40 | $155.00 | $62.00 |
| Service | JC | 08/15/2024 | Reviewed Declaration of Mailing from CertificateofService.com and prepared 21-Day Notice with attached Declaration, Application for Compensation, Proposed Order, and Invoice for filing with the Court. | 0.20 | $155.00 | $31.00 |
| Service | JAC | 08/26/2024 | Ch 13 Meeting of Creditors | 0.30 | $360.00 | $108.00 |
| Service | JAC | 08/27/2024 | Review: Proof of Claim 24-50997-KMS CENTURYFIRST FCU Document # 2 | 0.20 | $360.00 | $72.00 |
| Service | JAC | 08/27/2024 | Review: Proof of Claim 24-50997-KMS CENTURYFIRST FCU Document # 1 | 0.10 | $360.00 | $36.00 |
| Service | TR | 09/11/2024 | Review: 24-50997-KMS Order on Application for Compensation Document# 18 | 0.10 | $360.00 | $36.00 |
| Service | TR | 09/16/2024 | Review and sign proposed confirmation order via email | 0.10 | $360.00 | $36.00 |
| Service | TR | 09/18/2024 | Review: 24-50997-KMS Order Confirming Chapter 13 Plan Document# 20 | 0.10 | $360.00 | $36.00 |
| Service | JC | 09/23/2024 | Contact Debtor (Text/Email): Reviewed | 0.10 | $155.00 | $15.50 |

Invoice # 7374 - 12/22/2024

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | e-mail from debtor; reviewed matrix - Magnolia included; drafted text message to debtor informing she filed July 17, so payment for any services after her date of filing are her responsibility | | | |
| Service | JC | 09/25/2024 | Reviewed text message from debtor regarding debt with Magnolia Orthodontics; reviewed Plan - 100% unsecured; drafted memo to TR explaining debtor's question. | 0.20 | $155.00 | $31.00 |
| Service | JAC | 09/26/2024 | Review claims register and compare to the Plan to determine if additional claims are needed | 0.20 | $360.00 | $72.00 |
| Service | TR | 09/26/2024 | Review and respond to email memo from JC re: dentist potentially refusing to treat due to debt | 0.10 | $360.00 | $36.00 |
| Service | JC | 09/26/2024 | Reviewed memo from TR informing the Magnolia Orthodontics debt can be eliminated but if debtor does not pay them payments requested, they can refuse future services; drafted text message to debtor informing same. | 0.10 | $155.00 | $15.50 |
| Service | TR | 10/03/2024 | Review docket for confirmation hearing - no objections, nothing to resolve | 0.10 | $360.00 | $36.00 |
| Service | BB | 10/08/2024 | Review file to determine documents needed to file case - draft email to client requesting said documents: Reviewed and confirmed on NDC website the Trustee is receiving the wage order payments. | 0.10 | $100.00 | $10.00 |
| Service | TR | 12/13/2024 | Review and revise itemizations | 0.20 | $360.00 | $72.00 |
| Service | JC | 12/22/2024 | Reviewed 1st Application, Order, and Invoice filed in case; entered information into Lodestar Analysis spreadsheet. | 0.20 | $155.00 | $31.00 |
| Service | JC | 12/22/2024 | Reviewed itemizations in case and created a summary. | 0.40 | $155.00 | $62.00 |
| **Non-billable services** | | | | | | |
| Service | JC | 08/13/2024 | converted application to pdf format and separated to appropriate documents to prepare for upload to CertificateofService.com | ~~0.20~~ | ~~$155.00~~ | ~~$31.00~~ |
| Service | BM | 08/23/2024 | 341 reminder: Text message to debtor with reminder of 341 tomorrow with call-in instructions: Drafted text message to debtor reminding them of the date and time of their meeting of creditors. | ~~0.10~~ | ~~$155.00~~ | ~~$15.50~~ |

| Service | BB | 09/16/2024 | Contact Debtor (Text/Email): Drafted email to debtor inquiring if their employer has started garnishing their wages for their payments. | 0.10 | $100.00 | $10.00 |
|---|---|---|---|---|---|---|
| Service | BB | 09/17/2024 | Review email from debtor: Reviewed email from debtor stating her wage order has started. | 0.10 | $100.00 | $10.00 |
| | | | | **Services Subtotal** | | **$798.00** |

### Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 08/14/2024 | Mailing Expense (certificateofservice.com) | 1.00 | $15.39 | $15.39 |
| | | | **Expenses Subtotal** | | **$15.39** |

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Jennifer Curry Calvillo | Attorney | 0.8 | $360.00 | $288.00 |
| Thomas Rollins | Attorney | 0.7 | $360.00 | $252.00 |
| Brooke Brueland | Non-Attorney | 0.1 | $100.00 | $10.00 |
| Jacki Curry | Non-Attorney | 1.6 | $155.00 | $248.00 |
| | | | **Subtotal** | **$813.39** |
| | | | **Total** | **$813.39** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 6794 | 09/13/2024 | $2,886.80 | $0.00 | $2,886.80 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 7374 | 01/21/2025 | $813.39 | $0.00 | $813.39 |
| | | | **Outstanding Balance** | **$3,700.19** |

Invoice # 7374 - 12/22/2024

**Total Amount Outstanding**     **$3,700.19**